UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No: 3:17-cr-190-J-39PBD

RUBEN McLAIN
_____/

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Petitioner, David B. Freedman, Esq., by and through Local Counsel, hereby requests permission to appear *pro hac vice* in the subject case filed in the Jacksonville Division of the United States District Court for the Middle District of Florida, as well as any related and/or successor cases, and, in support thereof, hereby states as follows:

1. In support of this Application, attached as Exhibit A is Mr. Freedman's Special Admission Attorney Certification form, which he has already filed the original with the Clerk, and Petitioner has complied with the fee and e-mail registration requirements of Rule 2.01(d).

2. Petitioner states, under penalty of perjury, he is a member in good standing of the Bar of the District Court of the United States, for the Eastern, Middle and Western Districts of North Carolina.

3. Petitioner states he is not eligible for admission under Local Rule 2.01 (General Admission to Practice), does not reside or maintain an office for the practice of law in the State of Florida, and is not appearing at this time on any other cases before this Honorable Court (and will not be doing so to the degree as to constitute the maintenance of a regular practice of law in Florida).

4. Petitioner designates Alex King, Esq., as local counsel, and with full consent-to-act on behalf of both Petitioner and Mr. McLain.

5. Petitioner's business addresses is contained in the Special Admission Attorney Certification form (Exhibit A).

6. To assist the Court, a draft Order of Admission is attached hereto as Exhibit B.

**CONSENT OF DESIGNATED LOCAL COUNSEL**

I, Alex King, Esq., designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept all notices and papers when served, to be responsible for the progress of the case, including trial in the default of the non-resident attorney, and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

Dated this 16th day of October, 2017.

Respectfully submitted,

**FALLGATTER & CATLIN, P.A.**

/s/ Alex King
Alex King, Esq.
Florida Bar No: 86034
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800 Telephone
(904) 353-5801 Facsimile
fallgatterlaw@fallgatterlaw.com
Local Counsel for Petitioner

Exhibits

A. Special Admission Attorney Certification
B. Order of Admission (draft)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing and Exhibits A and B, have been furnished by email to: (1) Jason P. Mehta, Esq., and Jay Carl Taylor, Esq., Assistant United States Attorneys, and (2) David B. Freedman, Esq., Crumpler Freedman Parker & Witt, 860 W. Fifth St., Winston-Salem, NC 27101, this 16th day of October, 2017.

                                             /s/ Alex King
                                             ATTORNEY

78488