United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                                                 **NO. 3:17-cr-190-J-39PDB**

**RUBEN MCLAIN,**

    *Defendant.*

---

## Order Granting Special Admission

David Freedman, Esquire, has filed a motion under Local Rule 2.02 asking the Court to allow him to specially appear to represent the defendant in this case, with Alex King, Esquire, serving as local counsel. Doc. 5. Based on the information with the request and Mr. Freedman's payment of the required fee, the Court grants the motion, Doc. 5; permits Mr. Freedman to specially appear to represent the defendant in this case, with Mr. King serving as local counsel; and directs Mr. Freedman to expeditiously register with the Court's electronic case filing (ECF) system by completing the "ECF Attorney Registration Form."

**Ordered** in Jacksonville, Florida, on October 16, 2017.

                                                    PATRICIA D. BARKSDALE
                                                    *United States Magistrate Judge*

c:    Counsel of Record